# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GERALD A. MELTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2656

_____

November 26, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Gerald A. Melton, pro se.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.